FILED IN OPEN COURT

ON $\underline{\phantom{xxx}}$ _2/28/18_

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.  7:17-CR-00110-BR-1

UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :
FREEMAN HANKINS JR.               :
        a/k/a "Jay"               :

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea
Agreement by the defendant on November 27, 2017, and further
evidence of record and as presented by the Government, the Court
finds that the following proceeds and personal property are hereby
forfeitable pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), the
latter made applicable to this proceeding by virtue of 28 U.S.C.
§ 2461(c);

The defendant pled guilty to Counts One and Two of the
Criminal Information, that is, to offenses in violation of 21
U.S.C. § 846 and 18 U.S.C. § 924(c)(1)(A).  By virtue of the
defendant's guilty plea and agreement, the United States is now
entitled to the defendant's interest in $4,020.00, which
represents the value of proceeds the Defendant personally obtained
as a result of his offense in Count One, pursuant to 21 U.S.C.

1

§ 853. The defendant also agreed to forfeit certain personal property belonging to the defendant that was involved in or used in a knowing violation of 18 U.S.C. § 924(c)(1)(A), to wit:

> 1. .223 caliber DPMS Panther Arms, Model A-15, rifle with serial number FFH026573;
>
> 2. 9mm Glock, Model 19, handgun with serial number BACZ70;
>
> 3. Eleven rounds of 9mm ammunition; and
>
> 4. Any and all related ammunition;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant, Freeman Hankins Jr., the United States is hereby authorized to seize the above-stated personal property, that is, any firearm or ammunition recovered, specifically, .223 caliber DPMS Panther Arms, Model A-15, rifle with serial number FFH026573; 9mm Glock, Model 19, handgun with serial number BACZ70; eleven rounds of 9mm ammunition; and any and all related ammunition;, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That based upon the defendant's guilty plea and agreement, the above-listed $4,020.00, which represents the value of proceeds the Defendant personally obtained as a result of his offense, is

forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This _28_ day of _February_, 2018.

_____
W. EARL BRITT
Senior United States District Judge

3